IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFREY HARRIS AND RHONDA HARRIS,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,  )<br>  )<br>  Defendant.  )<br>  ) | CIVIL ACTION NO. 5:11-CV-135 (MTT) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Defendant JP Morgan Chase Bank, National Association's Time to Respond to the Plaintiffs' amended complaint. (Doc. 14). Having considered the motion, the motion is hereby **granted**. The Defendant shall have until January 3, 2012, to file a responsive pleading to the Plaintiffs' amended complaint.

In light of the parties' request that the Defendant have until January 3, 2012, to file either an answer or a responsive motion, the Defendant's previous Motion to Dismiss (Doc. 4), which was filed before the Plaintiffs' amended complaint, is **denied as moot**.

**SO ORDERED,** this 28th day of November, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT